

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00197-CV

———————————————

DIRECTOR FACTORY MANAGEMENT GROUP, LLC, AND CHRISTOPHER COKLEY, Appellants

V.

PNC EQUIPMENT FINANCE, LLC, D/B/A KUBOTA LEASING, Appellee

---

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2022-000085-3

---

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

# MEMORANDUM OPINION

Appellants Director Factory Management Group, LLC, and Christopher Cokley attempt to appeal from the trial court's final summary judgment. We will dismiss Appellants' attempted appeal for want of jurisdiction because the notice of appeal was not timely filed.

The trial court signed the final summary judgment on January 20, 2023, making Appellants' motion for new trial, if any, due by February 21, 2023. *See* Tex. R. Civ. P. 329b(a). But Appellants did not file their motion for new trial until February 23, 2023. Because Appellants did not file a timely motion for new trial, their notice of appeal was due within thirty days of the signing of the final summary judgment—February 21, 2023. *See* Tex. R. App. P. 26.1; *Miller v. Miller*, No. 02-21-00176-CV, 2021 WL 3085758, at *1 (Tex. App.—Fort Worth July 22, 2021, no pet.) (mem. op.). Appellants did not file their notice of appeal until June 2, 2023.

On June 13, 2023, we notified Appellants that we questioned our jurisdiction, gave them an opportunity to show grounds for continuing the appeal, and warned that we could dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3. We received no response from Appellants. Accordingly, we dismiss Appellants' attempted appeal for want of jurisdiction. *See id.*; *Miller*, 2021 WL 3085758, at *1.

/s/ Brian Walker

Brian Walker
Justice

Delivered: July 20, 2023